# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3561
Lower Tribunal No. 2022-CA-429

_____

DENNIS LONG,

Appellant,

v.

The Honorable DAVID HORTON, County Court Judge,

Appellee.

_____

Appeal from the Circuit Court for Hardee County.
Reinaldo Ojeda, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and GANNAM, JJ., concur.


Dennis Long, Jacksonville, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED